UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE THE COMPLAINT OF CALLAN MARINE, LTD., AS OWNER OF THE MIDWAY, ITS ENGINES, GEAR, TACKLE, ETC., IN A CAUSE OF ACTION FOR EXONERATION FROM A LIMTATION OF LIABILITY | § § § § § § § § CIVIL ACTION NO. 4:20-CV-2224 |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Petitioner Callan Marine, Ltd.'s Motion for Entry of Default (Doc. No. 24); and Judge Stacy's Memorandum and Recommendation (Doc. No. 35) that the Court grant the Movant's Motion for Default. No response or objections have been filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusion that the motion for default should be granted. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 35) is **ADOPTED** and the Moton for Default (Doc. No. 24) is **GRANTED**. It is further

**ORDERED** that default is entered against all persons and/or entities claiming damages for losses, damages, injuries or obstructions occasioned by or resulting from or consequent upon the incident described in Petitioner's Complaint, or in any way arising out of or in connection with the voyage on which the M/D GENERAL PATTON was engaged at the time of such incident, who have not filed and served their claims and answers in this case, and that said persons and/or entities be forever barred from filing or serving claims in this action.

Entry of this Order shall constitute entry of final judgment.

SIGNED at Houston, Texas, this \_\_\_1st\_\_\_ day of July 2021.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE